FILED IN
BUSINESS COURT OF TEXAS
BEVERLY CRUMLEY, CLERK
ENTERED
7/16/2025

**2025 Tex. Bus. 27**



**The Business Court of Texas,
First Division**

| | | |
|---|---|---|
| BP Energy Company,<br>    *Plaintiff,*<br>v.<br>Brad E. Cox,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ | Cause No. 24-BC01A-0002 |

═══════════════════════════════════════════

### Memorandum Opinion and Order of Transfer

═══════════════════════════════════════════

1    Before the Court is *Plaintiff's Unopposed Motion Regarding Defendant's Plea to the Jurisdiction and to Transfer Case*, requesting transfer of the action to a district court in Potter County, Texas, following Defendant's challenge to jurisdiction on the basis that Plaintiff's claims do not arise from a qualified transaction as defined in Chapter 25A of the Texas Government Code.

2    The parties notified the Court on June 26th of an agreement on Defendant's plea to the jurisdiction. The Court requested a summary of the

parties' agreement by July 9th and extended the deadline to July 10th as an accommodation to Defendant. On July 10th, Defendant's counsel emailed the Court that an agreed motion and order would be forthcoming that day or "by 1:00 p.m. tomorrow." Hours later, Plaintiff filed its unopposed motion, stating that Defendant agreed to the requested relief but not the language of the motion. Defendant has not filed any separate motion, letter, or order.

3      Presented only with Plaintiff's unopposed motion, the Court accepts as true the parties' mutual representations that the action does not meet the jurisdictional criteria of Texas Government Code Section 25A.004(d)(1). The Court further accepts as true Plaintiff's representations in the motion and accompanying certificate of conference that both parties agree venue is proper in Potter County, Texas.

4      IT IS THEREFORE ORDERED that this action is transferred to a district court in Potter County, Texas, for further proceedings.

Signed July 16, 2025.

Andrea K. Bouressa
Judge Andrea K. Bouressa

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103226946
Filing Code Description: Proposed Order
Filing Description:
Status as of 7/16/2025 4:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Karen S.Wright | | kwright@reedsmith.com | 7/16/2025 4:31:57 PM | SENT |
| Gina Sheffield | | rsheffield@reedsmith.com | 7/16/2025 4:31:57 PM | SENT |
| Kenneth E.Broughton | | kbroughton@reedsmith.com | 7/16/2025 4:31:57 PM | SENT |
| Steve Smith | | Stevesmith@reedsmith.com | 7/16/2025 4:31:57 PM | SENT |
| Efrain Vera | | evera@reedsmith.com | 7/16/2025 4:31:57 PM | SENT |
| Jack T.Jamison | | jack@jackjamisonattorney.com | 7/16/2025 4:31:57 PM | SENT |